# United States District Court
# Southern District of Indiana
# Indianapolis Division

| | |
|---|---|
| KELLI J. YOUNG, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 1:04-cv-0113-SEB-VSS |
| ) | |
| LAWRENCE REUBEN, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

The plaintiffs' motion to dismiss counterclaim was filed on June 4, 2004. On or about the extended deadline for the defendantsto respond to that motion, on July 29, 2004, an amended counterclaim was filed. The plaintiffs' motion to dismiss the amended counterclaim was filed on September 23, 2004.

IT IS THEREFORE ORDERED that the June 4, 2004, motion is dismiss counterclaim is Denied. The Court will proceed to address the motion to dismiss the amended counterclaim when that motion is fully briefed.

It is so ORDERED this   1st   day of October 2004.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Clifford W. Shepard
ATTORNEY AT LAW
consprolaw@aol.com

David E. Wright
KROGER GARDIS & REGAS
dew@kgrlaw.com